1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7   ASHOUR KASTIRO, ODAY              No. 2:14-cv-02784-GEB-EFB
    ALSOLTANI, SAID NATSHEH,
8   ALHARETH ALI ALOUDI, and
    REYADH ALMEHAMEDAWY,
9                                     **ORDER GRANTING PLAINTIFFS'**
                 Plaintiffs,          **MOTION TO TRANSFER VENUE TO THE**
10                                    **NORTHERN DISTRICT OF CALIFORNIA**[*]
          v.
11
    SERRA MEDICAL TRANSPORTATION,
12  INC.; SERRA YELLOW CAB; TALIB
    SALAMIN; and DOES 1-20,
13
                 Defendants.
14

15

16          Plaintiffs move for an order "transfer[ring] th[is]

17  action to the United States District Court for the Northern

18  District of California[,]" asserting the Complaint was improperly

19  filed in the Eastern District "due to an administrative error."

20  (Mot. 2:2-12, ECF No. 5.) Plaintiffs allege in the Complaint:

21  "[v]enue is proper in the Northern District of California

22  pursuant to 28 U.S.C. § 1331(b). Most, if not all Members of

23  Plaintiffs' putative class and proposed collective action reside

24  in California and this District." (Compl., ¶ 7.) Plaintiffs argue

25  transfer is in the interest of justice because it avoids

26  additional filing fees and potential statute of limitations

27  _____

28  [*]     The hearing on January 20, 2015 is vacated pursuant to E.D. Cal. R.
    230(g) since this matter is suitable for decision without oral argument.

                                     1

1    issues, and would not prejudice Defendants since they have not

2    yet been served. (Mot. 2:5-9; 2:26-27; 3:1-2; Sutton Decl. ISO

3    Transfer of Venue, ¶¶ 2-3, ECF No. 5-2.)

4              "The district court of a district in which is filed a

5    case laying venue in the wrong division or district shall

6    dismiss, or if it be in the interests of justice, transfer such

7    case to any district or division in which it could have been

8    brought." 28 U.S.C. § 1406(a). "Ordinarily, the interest of

9    justice requires transferring the case to the proper venue rather

10   than dismissing the case." Leroy-Garcia v. Brave Arts Licensing,

11   No. C-13-01181 LB, 2013 WL 4013869, *4 (N.D. Cal. Aug. 5, 2014).

12   A court may consider the "age of [an] action," and "delay and

13   expense involved in re-filing" in a new district when considering

14   transfer of venue. Johnson v. Law, 19 F. Supp. 3d 1004, 1010

15   (S.D. Cal. 2014.)

16             The interests of justice favor transferring this case

17   to the Northern District of California. Therefore, the Clerk of

18   Court shall transfer this case and the action shall be closed.

19   Dated:  January 8, 2015

20

21

22   _____
     GARLAND E. BURRELL, JR.

23             Senior United States District Judge

24

25

26

27

28

2