UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOUR KASTIRO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SERRA MEDICAL TRANSPORTATION INC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00622-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　The further case management conference scheduled for September 24, 2015 is continued to November 5, 2015 at 1:30 p.m. An updated joint case management conference statement shall be filed one week before the conference and must include a proposed case schedule through trial.

　　**IT IS SO ORDERED.**

Dated: September 21, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge