UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOUR KASTIRO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SERRA MEDICAL TRANSPORTATION INC, et al.,<br><br>    Defendants. | Case No.  15-cv-00622-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 37) in which they represent that they will offer a proposed case schedule within three weeks of the November 25, 2015 further settlement conference.  Accordingly, the December 3, 2015 case management conference is continued to **January 7, 2016 at 1:30 p.m.**  The parties shall submit an updated joint case management conference statement with a proposed case schedule (or competing schedules if the parties cannot agree) on or before December 30, 2015.

**IT IS SO ORDERED.**

Dated: November 30, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge