UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOUR KASTIRO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SERRA MEDICAL TRANSPORTATION INC, et al.,<br><br>    Defendants. | Case No. 15-cv-00622-JSC<br><br>**ORDER ADOPTING PROPOSED BRIEFING SCHEDULE AND VACATING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' joint case management conference statement. (Dkt. No. 39.) As the parties proposed, the schedule for statute of limitations motions is as follows:

February 4, 2016:   Deadline for filing motions

February 18, 2016:  Oppositions due

February 25, 2016:  Replies due

March 10, 2016:     Hearing (9:00 a.m.)

The case management conference scheduled for January 7, 2016 is vacated. The Court will set a further case management conference following the hearing/ruling on the motions. Also as proposed by the parties, other than briefing on the statute of limitations, the case is stayed.

**IT IS SO ORDERED.**

Dated: January 4, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge